UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: | CASE NO. C21-1362JLR |
| NORTH CASCADE TRUSTEE SERVICES, INC., | Bankruptcy No. 18-11375-TWD |
| Debtor. | MINUTE ORDER |
| JENNIFER LEUNG, | |
| Appellant, | |
| v. | |
| NANCY L. JAMES, | |
| Appellee. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is a January 4, 2022 letter from the Acting United States Trustee for Region 18 ("U.S. Trustee"). (Letter (Dkt. # 20).) The U.S. Trustee asserts that pro se appellant Jennifer Leung incorrectly identified him as a party to her bankruptcy appeal

ORDER - 1

1 | and requests that the Clerk remove the U.S. Trustee from the docket in this matter.  (*Id.*)

2 | The court has reviewed the record and agrees that the U.S. Trustee is not an appropriate

3 | party to Ms. Leung's bankruptcy appeal.  Although Ms. Leung has now filed a notice of

4 | appeal of the court's dismissal of her bankruptcy appeal (*see* Dkt. # 16), the court finds

5 | that removing the U.S. Trustee from the docket is an appropriate exercise of its

6 | ministerial functions.  *See, e.g.*, *Putz v. Golden*, No. C10-0741JLR, 2012 WL 5293354, at

7 | *2 (W.D. Wash. Oct. 26, 2012) (citing *Newton v. Consolidated Gas Co.*, 258 U.S. 165,

8 | 177 (1992)).  Accordingly, the court DIRECTS the Clerk to remove the U.S. Trustee

9 | from the docket in this matter.

    Filed and entered this 5th day of January, 2022.

                                    RAVI SUBRAMANIAN
                                    Clerk of Court

                                     s/ Ashleigh Drecktrah
                                    Deputy Clerk

ORDER - 2